**Electronically Filed
Supreme Court
SCWC-23-0000443
08-MAY-2026
12:39 PM
Dkt. 14 ODAC**

SCWC-23-0000443

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OHANA CONTROL SYSTEMS, INC.,
Respondent/Plaintiff-Appellant,

vs.

KEITH T. HAYASHI in his capacity as the Superintendent
of the DEPARTMENT OF EDUCATION, STATE OF HAWAI‘I,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000443; CASE NO. 1CCV-22-0000013)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner Keith T. Hayashi, in his capacity as the

Superintendent of the Department of Education, State of Hawai‘i's

Application for Writ of Certiorari, filed on March 11, 2026, is

hereby rejected.

DATED: Honolulu, Hawai‘i, May 8, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jeannette H. Castagnetti

